IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| VENICE PI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:17-cv-02328-RLY-MPB |
| DOE 1, *et al.*, | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS**

Plaintiff, Venice PI, LLC, has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to Serve Defendants is GRANTED and that Plaintiff is granted an additional period of time, to and including **January 8, 2018**, to serve Defendants, pursuant to FED.R.CIV.P. 4.

**SO ORDERED.**

Dated: October 13, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system