IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VENICE PI, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-02328-RLY-MPB |
| ) | |
| DOE 1, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, Venice PI, LLC, has, by counsel and pursuant to Fed.R.Civ.P. 4(m) and 6(b), filed a Second Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including **April 4, 2018**, to serve Defendants, pursuant to Fed.R.Civ.P. 4.

This the 5th day of January, 2018.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system