IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VENICE PI, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:17-cv-02328-RLY-MPB |
| DOE 1, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint [DE 1-2] as Does 1-2 and 5-10. Defendant Doe 4 was previously dismissed from this case. The only remaining claim is against Defendant Doe 3.

Dated this 2nd day of April, 2018.

/s/ R. Matthew Van Sickle            .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for Venice PI, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April, 2018, he electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

    /s/ R. Matthew Van Sickle    .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for Venice PI, LLC.*